STEVEN S. BAIK (State Bar No. 184622)
sbaik@orrick.com
SUGITHRA SOMASEKAR (State Bar No. 247924)
ssomasekar@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
NETGEAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETGEAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOO KWOK CHUNG, AND DOES 1-25,<br><br>Defendants. | Case No. C09 02805 MHP<br><br>**~~[PROPOSED]~~ ORDER GRANTING NETGEAR INC.'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST FOO KWOK CHUNG** |

Plaintiff NETGEAR, Inc.'s (“NETGEAR”) Application For Default Judgment Against Defendant Foo Kwok Chung ("Chung") came before the Court on November 23, 2009, the Honorable Marilyn Hall Patel presiding. Having reviewed the moving and opposing papers and supporting declarations filed with the Court, IT IS HEREBY ORDERED THAT:

1. Chung's sales of Inphic i6 and Inphic i8 products in and/or into the United States was an infringement of the claims of United States Patent No. D530,325 S and NETGEAR's trade dress consisting of its unique design incorporated in its modems, routers, gateways, entertainment products, and other peripheral devices.

2. By reason of Chung's infringement, NETGEAR has suffered irreparable harm that cannot be adequately compensated by money damages.

3. Chung is hereby enjoined from selling Inphic i6 or Inphic i8 or any product of similar design in or into the United States, or be involved in any activity related to the sale of Inphic i6, Inphic i8 or any product of similar design in or into the United States.

**IT IS SO ORDERED.**

**Dated:** 11/24/2009




OHS West:260745507.1